# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 23, 2018

## NO. 03-17-00677-CV

**Shawn C. Taylor, Appellant**

**v.**

**Discover Bank, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on September 20, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.